JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cynthia Diane Blanchard

**DEFENDANTS**
Patrick J. Malloy Chapter 7 Trustee

(b) County of Residence of First Listed Plaintiff: Washington County, Oklahoma
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tulsa County, Oklahoma
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

Attorneys *(If Known)*: Tulsa County Oklahoma

## II. BASIS OF JURISDICTION
[X] 3 Federal Question

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(not filled)

## IV. NATURE OF SUIT
[X] 422 Appeal 28 USC 158

## V. ORIGIN
[X] 3 Remanded from Appellate Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. §158 Bankruptcy Appeal

Brief description of cause: Appeal from Bankruptcy Court Disallowing Creditor Claim & Denying Rule 9023 Motion

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Chief Judge Timothy L. Thomas
DOCKET NUMBER: 25-10088-T

DATE: March 10, 2026
SIGNATURE OF ATTORNEY OF RECORD: Cynthia Diane Blanchard