

FILED
MAR 13 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Cynthia Blanchard,
Appellant,

v.

Patrick J. Malloy, III,
Chapter 7 Trustee,
Appellee.

Case No. 26-cv-00140-CVE

Appeal from the United States Bankruptcy Court
for the Northern District of Oklahoma
Bankruptcy Case No. 25-10088-T

## COMBINED STATEMENTS

Pursuant to the Court's Notice entered on March 11, 2026, Appellant Cynthia Blanchard respectfully submits the following Combined Statements.

### I. STATEMENT OF INTERESTED PARTIES

The following parties and entities are known to have an interest in the outcome of this appeal:

Cynthia Blanchard – Appellant

Patrick J. Malloy, III, Chapter 7 Trustee – Appellee

No publicly traded company owns 10% or more of the stock of any party.

### II. STATEMENT REGARDING ADMISSION TO PRACTICE OR PRO SE STATUS

Appellant Cynthia Blanchard appears in this matter pro se.

### III. STATEMENT REGARDING ORAL ARGUMENT

Appellant believes that oral argument may assist the Court in resolving the issues presented in this appeal but respectfully defers to the Court's determination as to whether oral argument is necessary.

Date: March 13, 2026

Respectfully submitted,

*Cynthia Blanchard*

Cynthia Blanchard
Appellant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707
Email: cynthiadblanchard@gmail.com

CERTIFICATE OF SERVICE

I certify that on March 13, 2026, a copy of the foregoing Combined Statements was served via the Court's CM/ECF system upon all parties receiving electronic notice in this case, including:

Patrick J. Malloy, III, Chapter 7 Trustee
Malloy Law Firm, P.C.
401 S. Boston Ave., Suite 500
Tulsa, Oklahoma 74103
Email: pjmalloy@sbcglobal.net

Cynthia Blanchard