IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Civil Action No. 4:26-cv-00140-CVE
(Bankr. No. 25-10088-T)

In Re:

GREEN COPPER HOLDINGS, LLC,
COPPER TREE, INC. and
THE INN AT PRICE TOWER INC.,

    Substantively Consolidated Debtors.

---

CYNTHIA BLANCHARD,

    Appellant,

v.

PATRICK J. MALLOY, III, TRUSTEE

    Appellee.

---

## COMBINED STATEMENT OF ADMISSION TO PRACTICE, STATEMENT OF INTERESTED PARTIES, AND STATEMENT REGARDING ORAL ARGUMENT

**Statement of Admission to Practice**

    The undersigned attorney, counsel for PATRICK J. MALLOY, III, TRUSTEE, Appellee in the subject case, states that he is admitted to practice before this Court.

**Statement of Interested Parties**

    Appellee, pursuant to Fed. R. Bankr. P. 8012(b) and this Court's order of March 13, 2026 [Doc. No. 3], hereby submits the following:

1.    Names of interested parties who are not listed in the notice of appeal:

    All creditors of the Debtors who hold allowed claims have a pecuniary interest in the outcome of this appeal. Those persons and other entities, which are numerous, are disclosed in the Claims Register maintained by the Bankruptcy Court in the captioned bankruptcy cases.

Two such creditors -- Pictoria Studios USA Inc. and Takitik Enterprises, Inc. – have filed an objection to the subject claim of Appellant separate from the objection lodged by the Appellee. If the order(s) appealed from are reversed on appeal, those creditors' claim objection [Doc. No. 285] will likely need to proceed in the Bankruptcy Court. If the order(s) appealed from are affirmed on appeal, those creditors' claim objection will be rendered moot, and will not need to proceed further.

2. Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock:[**]

> There is no such parent or publicly held corporation. Appellee is an individual fiduciary (Chapter 7 bankruptcy trustee).

3. *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

   a. List each debtor not named in the caption:

   There are no debtors not named in the caption.

   b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock:

   To the best of my knowledge and information, Debtor, Green Copper Holdings, LLC is wholly owned by Debtor, Copper Tree, Inc. Debtor, Copper Tree, Inc. is owned by individual persons, including the Appelant, and does not have a parent corporation. Debtor, The Inn at Price Tower, Inc. is wholly owned by Debtor, Copper Tree, Inc.

---

[**] See 11 U.S.C. § 101(9) for the definition of "corporation."

**Statement Regarding Oral Argument**

Appellee hereby submits the following statement regarding oral argument:

Oral argument is NOT REQUESTED.

*Patrick J. Malloy, III*

Patrick J. Malloy, III, OBA #5647

MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Email: pjmiiim@sbcglobal.net