IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Civil Action No. 4:26-cv-00140-CVE
(Bankr. No. 25-10088-T)

In Re:

GREEN COPPER HOLDINGS, LLC,
COPPER TREE, INC. and
THE INN AT PRICE TOWER INC.,

      Substantively Consolidated Debtors.

---

CYNTHIA BLANCHARD,

      Appellant,

v.

PATRICK J. MALLOY, III, TRUSTEE

      Appellee.

---

### APPELLEE'S MOTION TO CLARIFY RESPONSE BRIEF DUE DATE

---

Comes now the Appellee, Patrick J. Malloy III, Trustee, and states:

1.     Appellent filed her Amended Principal Brief on 04/06/2026 (Doc. No. 18). The Appendix was filed the same date at Doc. No. 19.

2.     Appellant's opening brief was filed before the record on appeal was completed and transmitted to this Court.

3.	This Court entered an order directing the Appellee to file his principal response brief by 05/06/2026 (Doc. No. 20).

4.	As of the date of the filing of this pleading, the record on appeal has not yet been completed and transmitted to this Court.  As a result, Appellee respectfully requests that this Court direct that the principal response brief be filed by some date following the completion and transmission of the record.

Respectfully submitted by,

*Patrick J. Malloy, III*
Patrick J. Malloy, III*, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Email: pjmiiim@sbcglobal.net