**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

IN RE GREEN COPPER HOLDINGS, LLC,
and THE INN AT PRICE TOWER INC.,

      Debtors.

_____

CYNTHIA BLANCHARD,

      Appellant,

v.

PATRICK J. MALLOY, III, Chapter 7
Trustee,

      Appellee.

Civil Action No. 26-cv-00140-CVE

Bankr. No. 25-10088-T
Chapter 7

---

**ORDER REGARDING TRANSMISSION OF RECORD ON APPEAL**

---

On April 14, 2026, Appellee filed *Appellee's Motion to Clarify Appellee Response Brief Due Date* [ECF No. 21] ("Motion). Pursuant to this Court's General Order 25-15, bankruptcy appeals proceeding before the Northern District of Oklahoma are governed by Local Rules of the Tenth Circuit Bankruptcy Appellate Panel ("Local Rules"). Thus, this appeal is governed by Part VIII of the Federal Rules of Bankruptcy Procedure ("Rules") and the Local Rules.

Pursuant to Local Rule 8010-1(b), compliance with this rule, Rule 8003(d)(1), and Local Rule 8005-1(c) constitutes transmission of the record on appeal under Rule 8010(b)(1) and satisfies the bankruptcy court's obligations under Rule 8010. Nothing further with respect to record transmission is required by the Bankruptcy Court including the transmission of any exhibits. Here, the bankruptcy clerk's transmission of the notice of appeal to the district clerk pursuant to Rule 8003(d)(1) on March 11, 2026, constitutes transmission of the record on appeal under Rule 8010(b)(1) and satisfies the

bankruptcy clerk's obligations under Rule 8010. *See* Bankr. ECF No. 456. Accordingly, Appellee's

response brief deadline shall remain as set.

DATED: April  14, 2026

BY THE COURT:

_____

Claire V. Eagan
United States District Judge

2