# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Cynthia Blanchard,**
**Appellant,**

**v.**

**Patrick J. Malloy, III,**
**Chapter 7 Trustee,**
**Appellee.**

**Case No. 26-cv-00140-CVE**

**Appeal from the United States Bankruptcy Court**
**for the Northern District of Oklahoma**
**Bankruptcy Case No. 25-10088-T**

## MOTION TO VOLUNTARILY DISMISS APPEAL

Appellant Cynthia Blanchard, appearing pro se, respectfully moves to voluntarily dismiss this appeal pursuant to Federal Rule of Bankruptcy Procedure 8023.

Appellant maintains that the Bankruptcy Court's orders disallowing her claim were erroneous on both the law and the facts, and she continues to believe she would prevail on the merits if the appeal were fully litigated. However, in light of the current posture of the Chapter 7 estate and the anticipated administration and distribution of estate assets, Appellant has determined that continued pursuit of this appeal is unlikely to provide effective or meaningful relief.

Accordingly, Appellant elects to voluntarily dismiss the appeal in order to conserve resources and focus on other pending matters where effective relief remains available.

This dismissal is not a concession on the merits of any issue raised in the appeal or in the underlying bankruptcy proceedings. Appellant expressly reserves all rights, claims, and arguments.

Dated: April 21, 2026

Respectfully submitted,

Cynthia Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, a true copy of the foregoing Motion To Voluntarily Dismiss Appeal was served via CM/ECF on:

Patrick J. Malloy, III, Chapter 7 Trustee
401 S. Boston, Suite 500
Tulsa, OK 74103

Cynthia Blanchard, Pro Se
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707
Email: cynthiadblanchard@gmail.com