# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Cynthia Blanchard,**
**Appellant,**

**v.**

**Patrick J. Malloy, III,**
**Chapter 7 Trustee,**
**Appellee.**

**Case No. 26-cv-00140-CVE**

**Appeal from the United States Bankruptcy Court**
**for the Northern District of Oklahoma**
**Bankruptcy Case No. 25-10088-T**

## RENEWED MOTION TO VOLUNTARILY DISMISS APPEAL

Appellant Cynthia Blanchard, appearing pro se, respectfully files this renewed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Bankruptcy Procedure 8023.

Appellant maintains that the Bankruptcy Court's orders disallowing her claim were erroneous on both the law and the facts, and she continues to believe she would prevail on the merits if the appeal were fully litigated. However, in light of the current posture of the Chapter 7 estate and the anticipated administration and distribution of estate assets, Appellant has determined that continued pursuit of this appeal is unlikely to provide effective or meaningful relief.

Accordingly, Appellant voluntarily dismisses this appeal pursuant to Federal Rule of Bankruptcy Procedure 8023.

Dated: April 27, 2026

Respectfully submitted,

Cynthia Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, a true copy of the foregoing Renewed Motion To Voluntarily Dismiss Appeal was served via CM/ECF on:

Patrick J. Malloy, III, Chapter 7 Trustee
401 S. Boston, Suite 500
Tulsa, OK 74103

Cynthia Blanchard, Pro Se
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707
Email: cynthiadblanchard@gmail.com