**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

IN RE GREEN COPPER HOLDINGS, LLC,
and THE INN AT PRICE TOWER INC.,

Debtors.

---

CYNTHIA BLANCHARD,

Appellant,

v.

PATRICK J. MALLOY, III, Chapter 7 Trustee,

Appellee.

Civil Action No. 26-cv-00140-CVE

Bankr. No. 25-10088-T
Chapter 7

ORDER GRANTING MOTION TO DISMISS

The matter before the Court is Appellant's *Renewed Motion to Voluntarily Dismiss Appeal* (the "Motion"). Pursuant to Federal Rule of Bankruptcy Procedure 8023, it is hereby ordered:

1. The appeal is DISMISSED.
2. All deadlines previously set by the Court are VACATED.
3. The mandate shall issue forthwith.

DATED: April 28, 2026

BY THE COURT:

Claire V. Eagan

Claire V. Eagan
United States District Judge