## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE GREEN COPPER HOLDINGS, LLC,
and THE INN AT PRICE TOWER INC.,

      Debtors.

_____

CYNTHIA BLANCHARD,

      Appellant,

v.

PATRICK J. MALLOY, III, Chapter 7
Trustee,

      Appellee.

Civil Action No. 26-cv-00140-CVE

Bankr. No. 25-10088-T
Chapter 7

---

## NOTICE

---

Please be advised that the mandate for this case issued on April 28, 2026. The Clerk of the originating court shall file accordingly.

**HEIDI D. CAMPBELL, Clerk of Court**

By:    /s/ Heidi D. Campbell
       Clerk of Court